# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RINNIGADE ART WORKS,<br>Individually and on behalf of all those similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD FIRE INSURANCE COMPANY; and TWIN CITY FIRE INSURANCE COMPANY,<br><br>                          Defendants. | Civil Action No. 1:20-CV-10867-IT |

## DEFENDANTS' LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(d)(3), Defendants and their counsel hereby certify that they have conferred:

    a)  With a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

    b)  To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

**COUNSEL FOR DEFENDANTS.**

*/s/ Gerald P. Dwyer, Jr.*
Gerald P. Dwyer, Jr.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: (860) 275-8331
Fax: (860) 275-8299
gdwyer@rc.com

/s/ *Danielle Andrews Long*
Danielle Andrews Long
Robinson & Cole LLP
One Boston Place
Floor 25
Boston, MA 02108
Tel: (617) 557-5934
Fax: (617) 557-5999
DLong@rc.com

Sarah D. Gordon
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-8005
Fax: (202) 429-3902
Sgordon@steptoe.com

Anthony J. Anscombe
Steptoe & Johnson LLP
227 West Monroe Street
Suite 4700
Chicago, IL 60606
Tel: (312) 577-1265
Fax: (312)-577-1370
aanscombe@Steptoe.com

Alan E. Schoenfeld (*pro hac vice forthcoming*)
Ryan M. Chabot (*pro hac vice forthcoming*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center

250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
ryan.chabot@wilmerhale.com

**DEFENDANTS,**

*/s/ Christopher Girard*
Christopher Girard Esq.
On behalf of THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD FIRE INSURANCE COMPANY; and TWIN CITY FIRE INSURANCE COMPANY.

Dated:  July 14, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on July 14, 2020.

*/s/ Danielle Andrews Long*
Danielle Andrews Long