UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RINNIGADE ART WORKS**, individually and behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>**THE HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD FIRE INSURANCE COMPANY; AND TWIN CITY FIRE INSURANCE COMPANY**,<br><br>   Defendants. | CIVIL ACTION NO. 1:20-CV-10867-IT |

### RINNIGADE ART WORKS' RESPONSE TO MOTIONS TO DISMISS

Plaintiff Rinnigade Art Works ("Plaintiff") respectfully submits this response to The Non-Writing Defendants' Motion to Dismiss (Dkt. #16) and Defendant Twin City Fire Insurance Company's Motion to Dismiss Multistate Class Claims (Dkt. #18) (collectively, the "Motions to Dismiss").

As discussed during the Scheduling Conference held on July 21, 2020 (*see* Electronic Clerk's Notes dated July 24, 2020) (Dkt. # 30), Plaintiff plans to file an amended complaint that will render the pending Motions to Dismiss moot. In accordance with Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff will file its amended complaint no later than Monday, August 3, 2020. In light of its forthcoming amended complaint, Plaintiff is not required to further respond to the Motion to Dismiss at this time but expressly reserves, and does not waive, any and all of its rights to oppose the Motions to Dismiss and the arguments made in support thereof.

Dated: July 27, 2020                                         **WHATLEY KALLAS, LLP**

 /s/ *Patrick J. Sheehan*
Patrick J. Sheehan (BBO# 639320)
101 Federal Street, 19th Floor
Boston, MA 02110
Tel:  (617) 573-5118
Fax:  (800) 922-4851
psheehan@whatleykallas.com

Leonard A. Frisoli (BBO# 638201)
Zaheer A. Samee (BBO# 667751)
Frisoli Associates, P.C.
Bulfinch Square
43 Thorndike Street
Cambridge, MA 02141
Tel:  (617) 494-0200
Fax:  (617) 494-9068
laf@frisolilaw.com
zas@frisolilaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on July 27, 2020.

                                                       */s/ Patrick J. Sheehan*
                                                      Patrick J. Sheehan